# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

AZAR OSMANOVIC,

    Petitioner,

v.                                                          CASE NO. 1:15-cv-00147-MP-CAS

JULIE JONES,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 20, 2015. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Though the Petitioner filed a letter at Doc. 5 inquiring as to the status of the case and incorrectly stating that Jacksonville is in the Northern District of Florida, the letter does not appear to raise any objections to the transfer.

Having considered the Report and Recommendation, and the Petitioner's inquiry letter, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. It ordered that this case be TRANSFERRED to the United States District Court for the Middle District, Jacksonville Division, for all further proceedings.

**DONE AND ORDERED** this  *21st*  day of October, 2015

                                      *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge